## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

In Re: MARTIN GIL-NAVARRO  
       GUADALUPE GIL-NAVARRO

Case No.: 08-62295

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Fred Long, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2008.

2) This case was confirmed on 10/09/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/07/2011.

6) Number of months from filing to the last payment: 39

7) Number of months case was pending: 42

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 43,980.00

10) Amount of unsecured claims discharged without payment $ 20,002.94

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==========================================================================
 Receipts:
        Total paid by or on behalf of the debtor          $    28,040.10
        Less amount refunded to debtor                    $       989.06
 NET RECEIPTS                                             $    27,051.04
==========================================================================

==========================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan             $     3,200.00
        Court Costs                                       $          .00
        Trustee  Expenses and Compensation                $     1,963.88
        Other                                             $          .00

 TOTAL EXPENSES OF ADMINISTRATION                         $     5,163.88

 Attorney fees paid and disclosed by debtor               $       300.00
==========================================================================

==========================================================================
 Scheduled Creditors:

 Creditor                    Claim          Claim          Claim        Principal       Int.
   Name          Class     Scheduled       Asserted       Allowed         Paid          Paid

 WACHOVIA DEALER SERV  SECURED    14,290.00    13,760.00    13,760.29    13,760.29    1,319.66
 HOMEQ SERVICING CORP  SECURED   182,000.00   186,019.00     2,766.08     2,766.08         .00
 UNITED STATES TREASU  PRIORITY    1,056.00     1,056.00     1,056.00     1,056.00         .00
 ECAST SETTLEMENT COR  UNSECURED     501.00       650.00       650.24        84.47         .00
 OREGON DEPT OF REVEN  PRIORITY         .00          .00          .00          .00         .00
 AMERIFIRST HOME IMPR  UNSECURED   3,462.00     3,394.00     3,394.05       440.89         .00
 PACIFIC PATHOLOGY     UNSECURED     276.00        52.00        51.89         4.58         .00
 PGE                   UNSECURED         NA       635.00       635.36        82.53         .00
 CITY OF TIGARD        UNSECURED      82.00        92.00        81.93        10.64         .00
 NW NATURAL GAS        UNSECURED     237.00       246.00       245.95        31.95         .00
 ECAST SETTLEMENT COR  UNSECURED     438.00       550.00       550.34        71.49         .00
 ECAST SETTLEMENT COR  UNSECURED     602.00       552.00       551.98        71.70         .00
 RESURGENT CAPITAL SE  UNSECURED   2,900.00     2,965.00     2,965.45       385.21         .00
 RESURGENT CAPITAL SE  UNSECURED     760.00       807.00       807.47       104.89         .00
 ECAST SETTLEMENT COR  UNSECURED  11,758.00    13,053.00    13,053.41     1,696.78         .00
 WICKES HOLDINGS LLC   UNSECURED        .00     7,149.00          .00          .00         .00
 ATTORNEY AT LAW       UNSECURED  66,614.00          .00          .00          .00         .00
 KAISER FOUNDATION HO  UNSECURED     286.00          .00          .00          .00         .00
 OREGON ANESTHESIOLOG  UNSECURED     680.00          .00          .00          .00         .00
 SALEM EMERGENCY PHYS  UNSECURED     282.00          .00          .00          .00         .00
 SALEM HOSPITAL        UNSECURED     929.00          .00          .00          .00         .00
==========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,766.08 | 2,766.08 | .00 |
| Debt Secured by Vehicle | 13,760.29 | 13,760.29 | 1,319.66 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,526.37 | 16,526.37 | 1,319.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,056.00 | 1,056.00 | .00 |
| **TOTAL PRIORITY:** | 1,056.00 | 1,056.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 22,988.07 | 2,985.13 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,163.88 |
| Disbursements to Creditors | $ | 21,887.16 |
| **TOTAL DISBURSEMENTS:** | $ | 27,051.04 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/05/2012                                         /s/ Fred Long
                                                            Fred Long, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**